AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

SHARON K. BOESE,

Plaintiff,

V.

FORT HAYS STATE UNIVERSITY,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 09-1262-EFM

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on April 28, 2011 (Doc. 43) it is ordered that Defendants' Motion for Summary Judgment (Doc. 43) is GRANTED.

The action is dismissed on the merits.

4/28/2011

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*